No. 00–8545. DENNIS *v.* LOWE, ASSISTANT WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–8575. TYSON *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 00–8583. ROLLER *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 00–8967. MAGGIO *v.* NORM REEVES HONDA ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–8972. WATERS *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 00–8975. SCHRADER *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 00–8981. DUTTON *v.* MONTGOMERY COUNTY GOVERNMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–8982. ASHANTI *v.* LOCKYER, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 00–8985. MENDOZA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–8989. SONHOUSE *v.* NYNEX CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–8991. RODRIGUEZ *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–8992. CADOREE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8996. MILLER *v.* NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 00–8997. O'KEEFE *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–9007. JAMES *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.